UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                 :

MICHELLE QUIRINDONGO, *on behalf of minor JJSQ*,  :
                                                                                 :

                        Plaintiff,                                          :
                                                                               :          23-CV-9124 (JMF)
                  -v-                                                       :
                                                                               :              <u>ORDER</u>
COMMISSIONER OF SOCIAL SECURITY,               :

                        Defendant.                                    :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's October 18, 2023 Order, ECF No. 6, the parties were required to file either a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, or a joint letter advising the Court that the parties do not consent to proceeding before the assigned Magistrate Judge, within two weeks of the date on which Defendant enters an appearance. To date, the parties have not filed any such form or letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 7, 2023**.

       SO ORDERED.

Dated: November 3, 2023
       New York, New York                            JESSE M. FURMAN
                                                             United States District Judge