# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/11/2024
```

January 11, 2024

**VIA ECF**

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

>     Re:    *Quirindongo v. Commissioner of Social Security*
>            Civil Action No. 1:23-cv-09124-SDA

Dear Judge Aaron,

  We write on behalf of our client, Michelle Quirindongo, with the consent of the defense, to request additional time to file her motion for judgment on the pleadings which is currently due on January 17, 2024, per the Court's October 18, 2023 Standing Scheduling Order. This is the parties' first request for an extension. The reason for this request is that Plaintiff's counsel currently has many overlapping deadlines for Social Security briefs due in the next two weeks and has counsel out on a medical leave.

  After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **April 16, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **July 15, 2024**; and

Honorable Stewart D. Aaron
January 11, 2024
Page Two

- Plaintiff to file her reply, if any, on or before: **July 29, 2024.**

Thank you for your consideration of this request.

                              Respectfully submitted,

                              s/Daniel A. Osborn
                              Daniel A. Osborn
                              OSBORN LAW, P.C.
                              43 West 43rd Street, Suite 131
                              New York, New York 10036
                              Telephone:   212-725-9800
                              Facsimile:    212-500-5115
                              dosborn@osbornlawpc.com

cc: Nahid Sorooshyari, Esq.

Application GRANTED. SO ORDERED.
Dated: January 11, 2024

*/s/ Stewart D. Aaron*